| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| SOUTHERN DISTRICT OF ILLINOIS |
| Case number *(if known)* _____    Chapter  **11** |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| 1. | Debtor's name | **Pap-R Products Company** |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **Colorkraft Paper Roll Products**<br>**Evergreen Manufacturing**<br>**Pap-R Tainer**<br>**Double Diamond Management, Inc.** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **37-0861939** |
| 4. | Debtor's address | **Principal place of business**<br><br>**1 Harry Glynn Dr.**<br>**Martinsville, IL 62442**<br>Number, Street, City, State & ZIP Code<br><br>**Clark**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **https://www.paprproducts.com/** |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 1

Debtor **Pap-R Products Company**　　　　　　　　　　　　　　　　Case number (*if known*) _____
　　　　Name

| 7. | Describe debtor's business | A. *Check one:* |
|---|---|---|

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
■ None of the above

B. *Check all that apply*
☐ Tax-exempt entity (as described in 26 U.S.C. §501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
☐ Chapter 7
☐ Chapter 9
■ Chapter 11. *Check **all** that apply*:
　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
　　☐ A plan is being filed with this petition.
　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

District _____　　When _____　　Case number _____
District _____　　When _____　　Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor **Pap-R Products Company**    Case number (*if known*) _____
Name

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____    When _____    Case number, if known _____

| | | |
|---|---|---|
| **11.** | **Why is the case filed in *this district*?** | *Check all that apply:*<br>■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12.** | **Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ■ No<br>☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** (*Check all that apply.*)<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>　What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>　Number, Street, City, State & ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes. Insurance agency _____<br>　　Contact name _____<br>　　Phone _____ |

■ **Statistical and administrative information**

| | | |
|---|---|---|
| **13.** | **Debtor's estimation of available funds** | *Check one:*<br>■ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available to unsecured creditors. |
| **14.** | **Estimated number of creditors** | ☐ 1-49　　　　☐ 1,000-5,000　　　☐ 25,001-50,000<br>☐ 50-99　　　　☐ 5001-10,000　　　☐ 50,001-100,000<br>■ 100-199　　　☐ 10,001-25,000　　☐ More than100,000<br>☐ 200-999 |
| **15.** | **Estimated Assets** | ☐ $0 - $50,000　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　　■ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　　☐ More than $50 billion |
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000　　　　　☐ $1,000,001 - $10 million　　　☐ $500,000,001 - $1 billion<br>☐ $50,001 - $100,000　　　■ $10,000,001 - $50 million　　　☐ $1,000,000,001 - $10 billion<br>☐ $100,001 - $500,000　　☐ $50,000,001 - $100 million　　☐ $10,000,000,001 - $50 billion<br>☐ $500,001 - $1 million　　☐ $100,000,001 - $500 million　　☐ More than $50 billion |

Debtor **Pap-R Products Company**
Name

Case number (*if known*)

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **March 3, 2025**
MM / DD / YYYY

X **/s/ Scott Ware**
Signature of authorized representative of debtor

**Kenneth Scott Ware**
Printed name

Title **President**

**18. Signature of attorney**

X **/s/ Larry E. Parres**
Signature of attorney for debtor

Date **March 3, 2025**
MM / DD / YYYY

**Larry E. Parres**
Printed name

**Lewis Rice LLC**
Firm name

**600 Washington Ave.**
**Suite 2500**
**Saint Louis, MO 63101**
Number, Street, City, State & ZIP Code

Contact phone **314-444-7600**    Email address **lparres@lewisrice.com**

**35597 Missouri**
Bar number and State