Fill in this information to identify the case:

Debtor name: **Pap-R Products Company**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF ILLINOIS

Case number (if known): **25-60040**

☐ Check if this is an amended filing

Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

1. Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Advantage Capital Community Develop**<br>Creditor's Name<br>7733 Forsyth Blvd., Suite 1400<br>Saint Louis, MO 63105<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Secured by second priority lien on all assets except first lien on debtor's equipment** | $1,695,413.13 | $1,695,413.13 |

Creditor's email address, if known

Describe the lien
**UCC filing**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| **2.2** **BMO Bank**<br>Creditor's Name<br>PO Box 71810<br>Chicago, IL 60694-1810<br>Creditor's mailing address | Describe debtor's property that is subject to a lien<br>**Secured by box truck** | $36,019.22 | $36,019.22 |

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Pap-R Products Company** | Case number (if known) | **25-60040** |
|---|---|---|---|
| | Name | | |

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **First Mid Bank and Trust, N.A.**
Creditor's Name

**101 S. Central Ave.**
**Paris, IL 61944**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$0.00     $0.00

---

**2.4** **First Neighbor Bank, NA**
Creditor's Name
**918 IL-49**
**PO Box 369**
**Casey, IL 62420**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**Secured by first lien on all assets except second lien of debtor's equipment**

Describe the lien
**UCC filing**

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

$6,087,953.08     Unknown

---

**2.5** **Highland Capital Corporation #1**
Creditor's Name
**370 Pascack Road**
**Township of Washington, NJ 07676**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**DPI Hawk Ink Jet System**

Describe the lien

$79,919.24     $79,919.24

---

| Debtor | **Pap-R Products Company** | | Case number (if known) | **25-60040** |
|---|---|---|---|---|
| | Name | | | |

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Highland Capital Corporation #2** | Describe debtor's property that is subject to a lien | $67,042.75 | $67,042.75 |
|---|---|---|---|---|
| | Creditor's Name | **DPI Hawk Ink Jet System** | | |

**370 Pascack Road
Township of Washington,
NJ 07676**
Creditor's mailing address

Describe the lien
**UCC filing**

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **SBA** | Describe debtor's property that is subject to a lien | $3,723,112.00 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Secured by third lien on all assets** | | |

**PO Box 3918
Portland, OR 97208-3918**
Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| Debtor | Pap-R Products Company | Case number (if known) | 25-60040 |
|---|---|---|---|
| | Name | | |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $11,689,459.42

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |